# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
### www.flmb.uscourts.gov

In re:

| | |
|---|---|
| THE BAY CLUB OF NAPLES, LLC | Main Case No. 2:20-bk-05008-FMD |
| THE BAY CLUB OF NAPLES II, LLC | Main Case No. 2:20-bk-05009-FMD |
| | Jointly Administered |

      Debtor.
_____/

THE BAY CLUB OF NAPLES, LLC,
THE BAY CLUB OF NAPLES II, LLC, and
PINNACLE ASSET TRUST, LLC, on its own
behalf and derivatively on behalf of THE BAY
CLUB OF NAPLES, LLC and THE BAY CLUB
OF NAPLES II, LLC,

     Adv. Case No. 2:20-ap-00415-FMD

      Plaintiffs,

v.

RELIANCE STANDARD LIFE INSURANCE
COMPANY, U.S. SPECIALTY INSURANCE
COMPANY, HOUSTON CASUALTY
COMPANY, and ACRES CAPITAL, LLC,

      Defendants.
_____/

## PROOF OF SERVICE OF ORDER GRANTING AGREED MOTION TO DISMISS THE ADVERSARY COMPLAINT WITH PREJUDICE [DE 47]

   The plaintiffs, The Bay Club of Naples, LLC ("Bay Club I"), The Bay Club of Naples II, LLC ("Bay Club II," and with Bay Club, the "Debtors"), and Pinnacle Asset Trust, LLC ("Pinnacle"), as the sole member for Debtors, (collectively, the "Plaintiffs"), certify that a copy of the *Order Granting Agreed Motion to Dismiss the Adversary Complaint With Prejudice (DE #47]* was served via CM/ECF on all counsel of record and on pro se parties entitled to notice on this 26th day of May 2021.

BECKER & POLIAKOFF, P.A.
Attorneys for Debtors The Bay Club of Naples, LLC, and The Bay Club of Naples II, LLC
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL  33301
Telephone:  (954) 987-7550
Facsimile:  (954) 985-4176
JPolenberg@beckerlawyers.com
SSegall@beckerlawyers.com

By: */s/ Jon Polenberg*
     Jon Polenberg, Esq.
     Florida Bar No. 653306
     Darren Goldman, Esq.
     Florida Bar No. 88638

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 26, 2021, a true and correct copy of the foregoing document was served electronically upon all creditors and parties registered to receive electronic notices via the Court's CM/ECF System; and via first-class mail to all parties identified on the attached mailing matrix who are not registered users of the Court's CM/ECF System.

                                        /s/ *Jon Polenberg*
                                  By:  Jon Polenberg, Esq.

**SERVICE LIST**

| | |
|---|---|
| Alice R. Huneycutt, Esq.<br>John N. Muratides, Esq.<br>Stearns Weaver Miller Weissler<br> Alhadeff & Sitterson, P.A.<br>401 E. Jackson Street, Suite 2100<br>Tampa, FL 33602<br>Tel: (813) 223-4800<br>Fax: (813) 222-5089<br>ahuneycutt@stearnsweaver.com<br>jmuratides@stearnsweaver.com<br>mkish@stearnsweaver.com<br>lwade@stearnsweaver.com<br>***Counsel for Plaintiff*** | Paul J. Battista, Esq.<br>Eric D. Jacobs, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131<br>Tel: (305) 349-2300<br>Fax: (305) 349-2310<br>pbattista@gjb-law.com<br>jwilson@gjb-law.com<br>chopkins@gjb-law.com<br>***Counsel for Defendants, The Bay Club of Naples, LLC and The Bay Club of Naples II, LLC*** |
| Eric D. Jacobs, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 N. Tampa Street, Suite 2600<br>Tampa, FL 33602<br>Tel: (813) 439-3100<br>Fax: (813) 439-3152<br>ejacobs@gjb-law.com<br>btraina@gjb-law.com<br>mrodriguez-salva@gjb-law.com<br>***Counsel for Defendants, The Bay Club of Naples, LLC and The Bay Club of Naples II, LLC*** | Donald G. Peterson, Esq.<br>Yarnell & Peterson, P.A.<br>3431 Pine Ridge Road, Suite 101<br>Naples, FL 34109<br>Tel: (239) 566-2013<br>Fax: (239) 566-9561<br>DonPeterson@NaplesLaw.us<br>Service@NaplesLaw.us<br>***Counsel for Defendants, Harry Zea as Trustee of the Rohar Trust dated July 12, 2011, Myles Alpert, Pinnacle Project Management, Inc., and Pinnacle Asset Trust LLC*** |
| Ian Holmes, Esq.<br>Jason A. Shepelrich, Esq.<br>Holmes Fraser, P.A.<br>711 5th Avenue S., Suite 200<br>Naples, FL 34102<br>Tel: (239) 228-7280<br>Fax: (239) 790-5766<br>iholmes@holmesfraser.com<br>jshepelrich@holmesfraser.com<br>service@holmesfraser.com<br>***Counsel for Defendants The Rock Custom Homes, Inc., Louro Capital Lending LLC and Steven Louro*** | Mark D. Hildreth, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>240 S. Pineapple Ave., 10th Floor<br>Sarasota, FL 34236<br>Tel: (941) 364-2747<br>Fax: (941) 366-3999<br>mhildreth@shumaker.com<br>skerrigan@shumaker.com<br>***Counsel for Receiver Soneet R. Kapila*** |

LAW OFFICES
BECKER & POLIAKOFF
1 EAST BROWARD BLVD. • SUITE 1800 • FT. LAUDERDALE, FL 33301
TELEPHONE (954) 987-7550

| | |
|---|---|
| Soneet Kapila, Receiver<br>1000 South Federal Highway, Suite 200<br>Fort Lauderdale, FL 33316<br>SKapila@kapilamukamal.com | Joshua A. Hajek, Esq.<br>Cohen & Grigsby, P.C.<br>9110 Strada Place, Suite 6200<br>Naples, FL 34108<br>Tel: (239) 390-1913<br>Fax: (239) 390-1901<br>jhajek@cohenlaw.com<br>***Counsel for Defendant The Old Cove Condominium of Naples, Inc.*** |

LAW OFFICES
BECKER & POLIAKOFF
1 EAST BROWARD BLVD. • SUITE 1800 • FT. LAUDERDALE, FL 33301
TELEPHONE (954) 987-7550

ACTIVE 15227233v.1